# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2016

*The Court of Appeals hereby passes the following order:*

## A16A0415.  CLYDE J. THOMPSON v. THE STATE.

In this direct appeal, Clyde J. Thompson seeks review of the trial court's order of December 31, 2012.[1]  On that date, the trial court denied Thompson permission to file a proposed civil action pursuant to OCGA § 9-15-2 (d), based on the court's conclusion that Thompson's pleadings showed a complete absence of any justiciable law or fact.  Although the record does not appear to include a copy of Thompson's proposed filing, the trial court's order indicates that he was attempting to file a habeas corpus action.  Jurisdiction over this appeal, therefore, lies in the Supreme Court.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4); *Fullwood v. Sivley*, 271 Ga. 248, 249 (517 SE2d 511) (1999) (direct appeal from "an order denying filing of a habeas petition pursuant to O.C.G.A. § 9-15-2" falls within the Supreme Court's jurisdiction over habeas cases).  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court.

---

[1] Thompson's notice of appeal indicates that he seeks review of a trial court order entered on December 31, 2012, denying his Motion to Vacate Void Sentence. The trial court's record does not include any such order. However, the record does include an order entered on that date, denying a filing pursuant to OCGA § 9-15-2 (d).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*_____02/02/2016_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*